UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BELLE CHASSE MARINE, INC., AS OWNER OF THE M/V BLAKE B FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * CIVIL ACTION NO. 11-1253 <br> * <br> * JUDGE <br> * <br> * MAGISTRATE |
| ***************************************** | * |

## O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** and considering the law and Motion of counsel, the deadline for filing claims in this matter is hereby extended through and until October 3, 2011.  An Order Approving the Letter of Undertaking directing the issuance of Notice to Claimants and Restraining Prosecution of Claims will be issued reflecting this date in order that publication may be made.

**NEW ORLEANS, LOUISIANA** this __1st__ day of __August__, 2011.

_____
UNITED STATES DISTRICT JUDGE

1