UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | * CIVIL ACTION NO. 11-1253 |
| OF BELLE CHASSE MARINE, INC., AS | * |
| OWNER OF THE M/V BLAKE B FOR | * JUDGE STANWOOD R. DUVALL, JR. |
| EXONERATION FROM AND/OR | * |
| LIMITATION OF LIABILITY | * MAGISTRATE JUDGE KAREN |
| ***************************************** | * WELLS ROBY |

### ORDER

Considering the above and forgoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and Motion of counsel that the Motion to Compel Plaintiff to Attend Independent Medical Examination filed by plaintiff-in-limitation, Belle Chasse Marine, Inc., as Owner of the M/V BLAKE B be and is hereby granted.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**

1